UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　　　Case No. 3:22-cr-85

vs.

KEJUAN E. LEONARD,　　　　　　　　　　　District Judge Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 11)**

---

    This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 11.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in count one of the Information, which charges him with knowing possession of a machine gun, in violation of Title 21 U.S.C. §§ 922(o) and 924(a)(2).  Doc. No. 2 at PageID 3.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **January 24, 2023, at 11:00 a.m**.

    **IT IS SO ORDERED.**

  September 26, 2022　　　　　　　　　　　　s/ Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　Hon. Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　United States District Judge